1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10
11   LAQUAN DEONDRE PARKER,        )      Case No. CV 13-2670-CJC (OP)
                                   )
12                 Petitioner,     )      ORDER ACCEPTING FINDINGS,
                                   )      CONCLUSIONS, AND
          v.                       )      RECOMMENDATIONS OF
13                                 )      UNITED STATES MAGISTRATE
                                   )      JUDGE
14   J. SOTO, Warden,              )
                                   )
15                                 )
                   Respondent.     )
16   _____)

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on

18   file, the Report and Recommendation of the United States Magistrate Judge, and

19   Petitioner's Objections thereto.  The Court has engaged in a de novo review of those

20   portions of the Report and Recommendation to which Petitioner has objected.  The

21   Court accepts the findings and recommendations of the Magistrate Judge,

22   / / /

23   / / /

24   / / /

25
26
27
28

1    IT IS ORDERED  that Judgment be entered:  (1) accepting this Report and

2  Recommendation; and (2) directing that Judgment be entered denying the Petition and

3  dismissing this action with prejudice.

4

5

6  DATED: 11/19/13

7                                          HONORABLE CORMAC J. CARNEY
                                           United States District Judge
8

9  Prepared by:

10

11

12
   HONORABLE OSWALD PARADA
13  United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      2